| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RONALD C. TYLER |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant CAVINAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0520 JCS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE HEARING;** |
| v. | ) | |
| | ) | |
| JUAN CAVINAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently set for Friday, July 17, 2009 at 10:30 a.m., be continued to Friday, August 7, 2009 at 10:30 a.m. The reason for the continuance is that counsel for Mr. Cavinal will be out of the district teaching on the date presently set.

Both parties are available on the requested date.

//

//

//

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING;
CR 09-0520 JCS                          1

1  IT IS SO STIPULATED.

2

3  Dated: July 14, 2009                    ____/s/_____
                                            RONALD C. TYLER
                                            Assistant Federal Public Defender
4                                           Counsel for Juan Cavinal

5

6  Dated: July 14, 2009                    ____/s/_____
                                            ACADIA SENESE
7                                           Special Assistant United States Attorney

8

9                          **[PROPOSED] ORDER**

10     GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the

11  aforementioned matter currently set for July 17, 2009, shall be continued to August 7, 2009 at

12  10:30 a.m.

13

14  **IT IS SO ORDERED**.

15

16  Dated: ___7/15/09_____

17                                          HONO_____
                                            United S_____  Judge Joseph C. Spero

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING;
CR 09-0520 JCS                              2