BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Juan Luis Cavinal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN LUIS CAVINAL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-09-0520 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently set for Friday, March 19, 2010, at 10:30 a.m. be continued until April 2, 2010. The reason for the continuance is that defense counsel will be out of the district teaching on the presently set date. The government has no objection to this request.

/ /

/ /

/ /

/ /

STIPULATION AND [PROPOSED] ORDER;
No. CR-09-0520 JCS                    1

1     IT IS SO STIPULATED.

2 Dated:   March 12, 2010                                /s/
                                                     RONALD C. TYLER
3                                                     Assistant Federal Public Defender

5 Dated:   March 12, 2010                                /s/
                                                     ACADIA SENESE
6                                                     Special Assistant United States Attorney

8                                       **[PROPOSED] ORDER**

9     GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the

10 aforementioned matter currently set for Friday, March 12, 2010 be continued until April 2, 2010

11 at 10:30 a.m.

12     **IT IS SO ORDERED**.

16 Dated:  March 15, 2010                                 /s/ Judge Joseph C. Spero
17                                             HONORABLE JOSEPH C. SPERO
                                            United States Magistrate Judge